AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern **DISTRICT OF** Mississippi

UNITED STATES OF AMERICA

V.

Tamara Nicole Johnson

[redacted]

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 3:08mj114-LRA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 13, 2005 in Jefferson county, in the Southern District of Mississippi defendants(s) did, (Track Statutory Language of Offense)

forcibly break into the United States Post Office in Lorman, MS, with intent to commit in such Post Office, a larceny and other depredation, to wit, the defendant forcibly broke into the Post Office and intentionally stole 400 U.S. Postal Service money orders, a Paymaster 8100 money order imprinter machine, and a round dater seal.

in violation of Title 18 United States Code, Section(s) 2115.

I further state that I am a(n) Postal Inspector and that this complaint is based on the following facts:

Official Title

See attached Affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 11, 2008 at Jackson, MS

Date | City of State

Linda R. Anderson

United States Magistrate Judge

Name and Title of Judicial Officer | Signature of Judicial Officer

# AFFADAVIT IN SUPPORT OF ARREST WARRANT

1. I, Robert A. Gechijian Jr., being duly sworn, state:

2. I have been a Postal Inspector with the United States Postal Inspection Service since 2004. I have been a law enforcement officer since 1997. I am currently assigned to the U.S. Postal Inspection Service in Jackson, Mississippi, and I investigate a variety of violations involving the U.S. mail system.

3. I make this affidavit in support of an application by the United States of America for the issuance of a warrant to arrest Tamara Nicole Johnson (hereinafter referred to as JOHNSON).

4. I make this affidavit in part from personal knowledge based on my participation in this investigation, in part from information gained through training and experience, and in part from information received from other law enforcement officials and witnesses.

5. On August 15, 2005, Postal Inspectors in Jackson, MS, received a report that the Post Office in Lorman, MS, had been burglarized. The security safe located in the back of the Post Office had been accessed and 400 blank U.S. Postal money orders, the Paymaster imprinter machine, and a round-dater stamp had been stolen. The Paymaster imprinter machine is used to imprint money orders.

6. Approximately one month later, thirty-two (32) stolen money orders imprinted for various amounts were used to purchase merchandise from the Internet at a cost of $32,503.62 to the U.S. Postal Service. All of the negotiated stolen money orders were imprinted with a zip code assigned to Natchez, MS.

7. In April 2007, four (4) additional stolen money orders were negotiated. Two of the money orders were used to pay cellular telephone bills; the other money orders were cashed at a bank. Through these transactions, I identified the person responsible for negotiating the four (4) stolen money orders and that person agreed to cooperate with the investigation.

8. On January 17, 2008, the cooperating source (CS) was interviewed by Postal Inspectors. The CS identified JOHNSON as the person who burglarized the Lorman Post Office in August 2005. The CS stated that, after the burglary, JOHNSON showed him the money order imprinter machine, stacks of blank money orders, a round shaped stamp seal, and postage stamps. The CS said JOHNSON told him that she had broken into the Lorman Post Office and stolen the items. The CS said JOHNSON described how she broke open a door at the Post Office and crawled into the back of the office. Neither the description of the items stolen from the Post Office nor the method in which the Post Office was broken into were released as public information.

9. On January 23, 2008, Inspectors met the CS and recorded a consensual telephone call between the CS and JOHNSON. During the phone call, JOHNSON explained in detail how she forcibly broke open the door at the Lorman Post Office and stole the money orders and imprinter machine. JOHNSON also stated that she had thrown away the imprinter machine in a wooded area in Natchez, MS. JOHNSON agreed to retrieve the imprinter machine.

10. On January 25, 2008, the CS advised Inspectors that JOHNSON called him and said she found the imprinter machine. While monitored by Inspectors, the CS met with JOHNSON and obtained the stolen imprinter machine from the back of JOHNSON's car. Inspectors verified the recovered machine was a U.S. Postal Service issued Paymaster model 8100 money order imprinter.

ROBERT A. GECHIJIAN JR.
Postal Inspector

Sworn and subscribed to before me
This 11th day of February, 2008, at Jackson, MS

LINDA R. ANDERSON
U. S. Magistrate Judge