**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY**
**FEBRUARY 13, 2008**
**NOLAND, MJ**

**UNITED STATES OF AMERICA**

**CRIMINAL**

**VERSUS**

**NO. 08-11-CN**

**TAMARA JOHNSON**

This matter came on this day for a hearing in accordance with Rule 5(a) and 5(c)3, Federal Rules of Criminal Procedure.

**PRESENT:** **Michael Jefferson**
Assistant U. S. Attorney

**Tamara Johnson**
Defendant

The defendant is sworn and advised of her rights and questioned by the Court.

The defendant waives assistance of counsel for this proceeding only, signs a waiver and it is filed into the record.

The defendant is advised of the charges pending against her.

The defendant is advised that she has a right to an identity hearing to determine whether she is the person named in the charges in the Southern District Mississippi.

The defendant waives her right to an identity hearing, signs a waiver and it is filed into

C:cr23; T:30

the record.

The defendant admits that she is the person named the complaint and based on the defendant's admission, the Court finds that the defendant is the person named in the complaint.

The Court finds that the defendant does not appear to be a risk to flee nor a danger to the community and releases the defendant upon her own recognizance with Pretrial Services supervision and other special conditions.

The court advises the defendant that she is to appear in the Southern District of Mississippi on Thursday, February 23, 2007 at 1:30 P.M.

* * * * *

C. N.

C:cr23; T:30